UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. 05:07CR282 |
| | § | |
| SAMUEL WALKER | § | |

## ORDER

The above Motion For Severance And For Separate Trial having been duly and timely filed, presented, and considered prior to any announcement of ready in the above cause and the Court having duly considered same, is of the opinion that the same should be **GRANTED / DENIED.**

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** that the Motion For Severance And For Separate Trial is hereby **GRANTED/DENIED**.

_____
_____
_____
_____.

**SIGNED** on this the _____ day of July, 2012.

_____
**PRESIDING JUDGE**